JANE V. WEST v. THE CITY OF NEW YORK, a Municipal Corporation, and Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LAWRENCE J. BYRNE, on Behalf of Himself and All Other Creditors of WILLIAM RIEMER, Doing Business, etc., v. WILLIAM RIEMER, Doing Business, etc., Impleaded with LOUIS M. TAYLOR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.